STATE OF NEW JERSEY v. RONALD WARD.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BURNS.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DOMINICK CARUSO.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HARRY F. PROWITT.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR SIMPSON.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL PAGAN.

June 15, 1976. Petition for certification granted.